**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JAMIE SHAWN MCCALL,**                                                                                   **PLAINTIFF**
**ADC # 610019**

**V.**                              **CASE NO. 4:14CV00212 SWW/BD**

**MATTHEW TUCKER, et al.**                                                                           **DEFENDANTS**

**ORDER**

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. McCall's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.[1]

Mr. McCall's excessive force claim against Defendant Matthew Tucker and his deliberate indifference claims against Defendants Matthew Tucker and James Mitchell are DISMISSED, with prejudice. The Clerk is ordered to administratively terminate the case.

IT IS SO ORDERED, this 14th day of August, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] In line two of the first full paragraph on page 8 of the Recommended Disposition, the sentence should read "Defendant Tucker states that Mr. McCall ....".