# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JAMIE SHAWN MCCALL,**                                                **PLAINTIFF**
**ADC # 610019**

**V.**                 **CASE NO. 4:14CV00212 SWW/BD**

**MATTHEW TUCKER, et al.**                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, Mr. McCall's claims against Defendants Matthew Tucker and James Mitchell are DISMISSED. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 14th day of August, 2015.

                                                                   /s/Susan Webber Wright
                                                   UNITED STATES DISTRICT JUDGE